IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

METROPOLITAN LIFE INSURANCE CO.                           PLAINTIFF

v.                          No. 4:11-cv-157-DPM

KRISTY L. HOLMES; ALVIN J. JOHNSON;
and LISA S. GAGNON                                        DEFENDANTS

ORDER

The parties have advised the Court as to how they would like the $213,218.51 that was actually deposited into the Court registry to be divided. Their joint motion, *Document No. 39*, is granted. The Court vacates its earlier instructions regarding the disbursement of funds. *Document No. 37, at 2.* Pursuant to the Holmes/Johnson settlement and additional instructions, Gagnon having defaulted and waived any rights she may have had, the Court orders the Clerk to disburse the money this way:

- $72,109.25, plus 33.33% of any accrued interest, to Kristy L. Holmes; and

- $141,109.26, plus 66.67% of any accrued interest, to Alvin J. Johnson.

The Court further directs the Clerk to file a statement confirming the disbursements and the exact amounts. Thereafter, the Court will enter Judgment dismissing the case with prejudice as agreed. FED. R. CIV. P. 41(a)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 December 2011