IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES HARDY, JR.; HARDY RESOURCES
LLC; B&H RESOURCES LLC; MARY HARDY;
HARDY ENERGY SERVICES, INC.; ELITE
COIL TUBING SOLUTIONS LLC; and
NORTHSTAR FARMS LLC                                                                        PLAINTIFFS

v.                                            No. 1:09-cv-41-DPM

HELEN BARTMESS, Executrix of the
Estate of George Bartmess                                                                   DEFENDANT

ORDER

This case has settled. And the parties have jointly moved to dismiss all their claims with prejudice. That motion, *Document No. 261*, is granted. Each party will bear costs and attorney's fees incurred. The Court will retain jurisdiction to enforce the settlement agreement.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 January 2012