IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES HARDY, JR.; HARDY RESOURCES,
LLC; B&H RESOURCES, LLC; MARY HARDY;
HARDY ENERGY SERVICES, INC.; ELITE
COIL TUBING SOLUTIONS, LLC; and
NORTHSTAR FARMS, LLC                                                PLAINTIFFS

v.                              No. 1:09-cv-41-DPM

HELEN BARTMESS, Executrix of the
Estate of George Bartmess                                             DEFENDANT

JUDGMENT

Pursuant to the parties' settlement agreement, the Hardy entities' active complaint, *Document No. 30*, and Bartmess's counterclaim, *Document No. 48*, are dismissed with prejudice. The Court retains jurisdiction to enforce the settlement agreement.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 January 2012