IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES HARDY, JR.; HARDY RESOURCES
LLC; JOHN HARDY; EVERGREEN PROCESSING, LLC,
formerly B&H RESOURCES, LLC; MARY HARDY;
HARDY ENERGY SERVICES, INC.; ELITE
COIL TUBING SOLUTIONS LLC; and
NORTHSTAR FARMS LLC                                          PLAINTIFFS

v.                           No. 1:09-cv-41-DPM

HELEN BARTMESS, Executrix of the
Estate of George Bartmess                                    DEFENDANT

ORDER

Unopposed motions, № 301 & 302, granted. Sur-reply, № 301-2, deemed filed. The Clerk shall filed Exhibit S-1 under seal when the Hardys submit it. The Court directs the parties not to file anything else until the Court can digest all the recent filings. A status conference would be helpful. Are counsel available on December 18th at 3:00 p.m. or December 19th at 8:30 a.m.? Please advise chambers.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 December 2013