IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES HARDY, JR.; HARDY RESOURCES,
LLC; JOHN HARDY; EVERGREEN PROCESSING, LLC,
formerly B&H RESOURCES, LLC; MARY HARDY;
HARDY ENERGY SERVICES, INC.; ELITE
COIL TUBING SOLUTIONS, LLC; and
NORTHSTAR FARMS, LLC                                PLAINTIFFS

v.                       No. 1:09-cv-41-DPM

HELEN BARTMESS, Executrix of the
Estate of George Bartmess                            DEFENDANT

ORDER

The Hardy Interests' motion, № 318, is granted in part and denied in part.

**1.** The deadline for closing is extended until 16 January 2015. Joint report on closing due by 31 January 2015. The Hardy Interests should go ahead and provide Bartmess a copy of the assignment of sand to Celtic Bank, if this hasn't been done already.

**2.** The Hardy Interests' request for consolidation with new case No. 4:14-cv-666 is denied. I cannot accept a transfer of the new case from my

Sister Wright because Celtic Bank's lawyer is on my recusal list; we practiced law together for many years. The extended deadlines should provide time to sort the other case out as part of the closing in this case.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 November 2014