IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES HARDY, JR.; HARDY RESOURCES,
LLC; JOHN HARDY; EVERGREEN PROCESSING, LLC,
formerly B&H RESOURCES, LLC; MARY HARDY;
HARDY ENERGY SERVICES, INC.; ELITE
COIL TUBING SOLUTIONS, LLC; and
NORTHSTAR FARMS, LLC                                    PLAINTIFFS

v.                          No. 1:09-cv-41-DPM

HELEN BARTMESS, Executrix of the
Estate of George Bartmess                               DEFENDANT

ORDER

This case remains in the ditch. We need a status conference about Mr. Szwak's motion to withdraw, the related case, and consummating the property transactions. The Court will find a mutually convenient date and set the hearing by separate notice. Mr. Szwak may attend by telephone or in person, at his choice. He should file under seal a supporting addendum to his motion, № 324, by 10 April 2015. James Hardy, Jr., John Hardy, Mary Hardy (if she is able), and a corporate representative from each of the Hardy entities remaining in the case (Hardy Resources, LLC; Hardy Energy Services, Inc.;

Elite Coil Tubing Solutions, LLC; Northstar Farms, LLC; and Evergreen Processing, LLC) must attend the hearing in person.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 April 2015