IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES HARDY, JR.; HARDY RESOURCES,
LLC; JOHN HARDY; EVERGREEN PROCESSING,
LLC, formerly B&H RESOURCES, LLC; MARY
HARDY; HARDY ENERGY SERVICES, INC.; ELITE
COIL TUBING SOLUTIONS, LLC; and
NORTHSTAR FARMS, LLC                                              PLAINTIFFS

v.                              No. 1:09-cv-41-DPM

HELEN BARTMESS, Executrix of the
Estate of George Bartmess                                          DEFENDANT

### ORDER

The Court has been informed that Ms. Hardy is unable to attend the 24 April 2015 hearing. She has to take care of her son with special needs. Ms. Hardy, Mr. John Hardy, and Mr. Szwak must contact chambers to obtain the instructions for attending by telephone.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 April 2015