# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JAMES HARDY, JR.; HARDY RESOURCES,
LLC; JOHN HARDY; EVERGREEN PROCESSING,
LLC, formerly B&H RESOURCES, LLC; MARY
HARDY; HARDY ENERGY SERVICES, INC.; ELITE
COIL TUBING SOLUTIONS, LLC; and
NORTHSTAR FARMS, LLC**                                **PLAINTIFFS**

v.                              **No. 1:09-cv-41–DPM**

**HELEN BARTMESS, Executrix of the
Estate of George Bartmess**                          **DEFENDANT**

## ORDER

**1.** The Court orders Bartmess's lawyer to provide the Court-approved

deed on the 377, and the Court-approved deed on the 686 (revised to cover

the minerals only), to John Hardy and the lawyer for Evergreen Processing,

LLC by 27 April 2015.

**2.** The Court orders Evergreen Processing, LLC and its managing

member, John Hardy, to execute the Court-approved deed on the 377 and the

Court-approved deed on the 686 (revised to cover the minerals only), and

deliver both to Bartmess's lawyer by 15 May 2015.

**3.** Szwak's motion to be relieved as counsel for the Hardys and their entities, № 324, is granted with a caveat. For good cause shown, Szwak is relieved as counsel for James Hardy Jr., Mary Hardy, and John Hardy effective immediately. The Court will provide their contact information to the Clerk to update the docket. The Court orders Hardy Resources, LLC, Hardy Energy Services, Inc., Elite Coil Tubing Solutions, LLC, Northstar Farms, LLC, and Evergreen Processing, LLC to secure substitute counsel immediately. Substitute counsel for each of the Hardy entities shall appear in this case by 15 May 2015. Szwak will be relieved from representing the Hardy entities when new counsel appears.

So Ordered.

D.P. Marshall Jr.
United States District Judge

24 April 2015