IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES HARDY, JR.; HARDY RESOURCES LLC;
MARY HARDY; HARDY ENERGY SERVICES, INC.;
EVERGREEN PROCESSING LLC f/k/a B&H
Resources LLC; NORTHSTAR FARMS, LLC;
and JOHN HARDY                                                                    PLAINTIFFS

v.                                         No. 1:09-cv-41-DPM

HELEN BARTMESS, as executrix of
the estate of George Bartmess                                                    DEFENDANT

ORDER

The Court again ordered the Hardy interests to deliver the executed deeds to Bartmess. This time by 30 October 2015. № 344 at 4. They haven't done so. № 345. The Court therefore orders James Hardy Jr. and B&H Resources, LLC, to appear and show cause why they should not be held in contempt for disobeying the Court's October 19th Order. The hearing will be held at 9:00 a.m. on 20 January 2016 in Courtroom B-155 of the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, 72201. Swazk may attend by telephone. If the deeds are delivered before the hearing, Bartmess must immediately notify the Court. If the deeds are not delivered beforehand, Mr. Hardy's lawyer must bring them to the hearing.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 November 2015