IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES HARDY, JR.; HARDY RESOURCES LLC;
MARY HARDY; HARDY ENERGY SERVICES, INC.;
EVERGREEN PROCESSING LLC f/k/a B&H
Resources LLC; NORTHSTAR FARMS, LLC;
and JOHN HARDY                                                                    PLAINTIFFS

v.                                       No. 1:09-cv-41-DPM

HELEN BARTMESS, as executrix of
the estate of George Bartmess                                                    DEFENDANT

ORDER

Status Report, № 347, noted and appreciated. The hearing set for 20 January 2016 is canceled. The show cause Order, № 346, is discharged. The Hardy Interests have complied with the Court's delivery Order.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 December 2015